# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ANTOINE WARD,                          :  No. 6 WM 2020
                                       :
              Petitioner               :
                                       :
                                       :
          v.                           :
                                       :
                                       :
ALLEGHENY COUNTY COURT OF              :
COMMON PLEAS,                          :
                                       :
              Respondent               :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.